UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PAUL BLACK, | § | |
| | § | |
| Appellant, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00322 |
| | § | |
| TOBY SHOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING REHEARING

Before the Court is Appellant, Paul Black's, "Motion for Rehearing and for Leave to Add Recently Discovered Evidence" (D.E. 31) and Appellees' "Motion to Strike Appellant's Motion for Rehearing and for a Finding that the Motion is Frivolous Pursuant to Bankruptcy Rule 8020" (D.E. 35). After hearing the matters on this date, the Court DENIES the motion to strike (D.E. 35). The Court holds that the submission of new evidence is improper at this juncture, and that its Opinion and Order (D.E. 29) is correct. Therefore, the motion for rehearing (D.E. 31) is DENIED.

ORDERED this 7th day of April, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE